UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FUNICULAR FUND, LP, ANSON INVESTMENTS MASTER FUND LP, and ANSON EAST MASTER FUND LP,<br><br>Plaintiffs,<br><br>v.<br><br>GREENIDGE GENERATION HOLDINGS INC. and JEFFREY KIRT,<br><br>Defendants. | No: 1:22-cv-10832 (MKV) (SDA) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs The Funicular Fund, LP, Anson Investments Master Fund LP, and Anson East Master Fund LP, hereby voluntarily dismiss their claims in the above-captioned action (the "Action"). Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: March 16, 2023

**WOLF POPPER LLP**

By: /s/ *Joshua W. Ruthizer*
Carl L. Stine
cstine@wolfpopper.com
Robert C. Finkel
rfinkel@wolfpopper.com
Joshua W. Ruthizer
jruthizer@wolfpopper.com
845 Third Avenue, 12th Floor
New York, NY 10022
Telephone: (212) 759-4600

*Attorneys for Plaintiffs The Funicular Fund, LP, Anson Investments Master Fund, LP, and Anson East Master Fund, LP*